# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ADC LTD NM, INC.,

        Plaintiff,

v.                                          CV No. 18-862 JB/CG

JAMIS SOFTWARE CORPORATION

        Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon review of the record and the notice of reassignment to the Honorable James O. Browning as the presiding judge. (Doc. 13). **IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 11), and the Telephonic Rule 16 Scheduling Conference set for January 8, 2019 at 2:00 PM are **VACATED**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE