# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ADC LTD NM, INC.,

    Plaintiff,

v.                                                  CV No. 18-862 JB/CG

JAMIS SOFTWARE CORPORATION

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on the Presiding Judge's *Clerk's Minutes*, requesting the Court set a status conference to schedule a settlement conference. (Doc. 28 at 1-2). **IT IS HEREBY ORDERED** that a status conference will be conducted on **Tuesday, August 27, 2019, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                THE HONORABLE CARMEN E. GARZA
                                                CHIEF UNITED STATES MAGISTRATE JUDGE