# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ADC LTD NM, INC.,

    Plaintiff,

v.                                        CV No. 18-862 JB/CG

JAMIS SOFTWARE CORPORATION

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court in anticipation of the parties' November 15, 2019, settlement conference. *See* (Doc. 33). **IT IS HEREBY ORDERED** that a status conference will be conducted on **Thursday, September 12, 2019, at 3:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

At the status conference, counsel should be prepared to discuss their tentative plans to exchange all informal discovery necessary to conduct a fruitful settlement conference in November. Counsel should be prepared to present a timeline of how informal discovery exchanges will proceed in order to ensure both parties have all the information necessary to meaningfully participate in the November settlement conference.

    **IT IS SO ORDERED**.

                                           THE HONORABLE CARMEN E. GARZA
                                           CHIEF UNITED STATES MAGISTRATE JUDGE