IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADC LTD NM, INC.,

    Plaintiff,

v.                                                    CV No. 18-862 JB/CG

JAMIS SOFTWARE CORPORATION

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon counsel's failure to comply with the Court's *Order Setting Telephonic Status Conference and Settlement Conference*, (Doc. 33).

**IT IS HEREBY ORDERED** that the settlement conference scheduled for **Friday, November 15, 2019, at 10:00 a.m.**, in the United States Historic Courthouse in Albuquerque, New Mexico, is hereby **VACATED**.

**IT IS SO ORDERED**.

                                      THE HONORABLE CARMEN E. GARZA
                                      CHIEF UNITED STATES MAGISTRATE JUDGE